### UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re:    Westborough SPE LLC
        Debtor

Chapter: 7
Case No.: 23−40709 −cjp

USDC Case No.:  26−cv−10912

---

### TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8010(b), I, Ann M. Fox, Clerk of the United States Bankruptcy Court, District of Massachusetts, certify that I am transmitting the following with respect to the Record on Appeal for the above−captioned case:

☐  Copies of all the original documents listed in the Appellant's Designation of Record.

☐  Copies of all the original documents listed in the Appellee's Designation of Record.

☑  Copies of those original documents listed in the Appellant's Designation of Record which are part of the official record of this Court. The following document, which the Appellant listed but is not part of the official record of this Court, is not included in this transmission: **#11 (Private Document) has been emailed.**

☐  Copies of those original documents listed in the Appellee's Designation of Record which are part of the official record of this Court. The following document, which the Appellee listed but is not part of the official record of this Court, is not included in this transmission:

☐  The transcript(s) of the hearing(s) held on

- ☐  Is attached.
- ☐  Was ordered, is not yet available, and is not included in this transmission.
- ☐  Was not requested.

☑  Other: **Appellant designated audio files of hearings docketed in case no. 23−40709. Those audio files are available for review via PACER. The Appellant has not ordered transcripts.**

Date:3/23/26

For the Court
Ann M. Fox
Clerk, U.S. Bankruptcy Court

By the Court,

Megan Heinrich
Deputy Clerk
508−770−8950